**Order entered July 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00528-CV

**LINDA FITZERMAN, Appellant**

**V.**

**CLASSIC AMERICANA, LLC, Appellee**

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-12166**

## ORDER

On May 26, 2015 this court entered an order stating that this case is appropriate for mediation and appointing the Honorable Mark Whittington as the mediator. That order required the parties to file any objections within 10 days from the date of the order. No objections to the order were filed.

The Order, among other things, stated that mediation was mandatory and stated "failure of refusal to attend the mediation as scheduled may result in the imposition of sanctions, as permitted by law." The court has been advised by June 25, 2015, letter from the mediator, that, "Despite our best efforts, we were unable to get the parties to agree to mediation."

The parties are ordered to file with the court an explanation of the status of the mediation within 10 days of the date of this order. Failure to timely file the explanation may result in sanctions in the addition to sanctions for failure to comply with the May 26, 2015 Order.

/s/    ELIZABETH LANG-MIERS
            JUSTICE